DANIEL A. PALLADINO, RESPONDENT, v. ANDREA RAIO ET AL., APPELLANTS.

Argued May 23, 1928—Decided October 15, 1928.

For the respondent, *Eugene Liotta.*

For the appellants, *Egidio W. Mascia.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—TRENCHARD, PARKER, MINTURN, KALISCH, KATZENBACH, CAMPBELL, WHITE, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 12.

*For reversal*—None.